IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYWARD L. SIMPKINS et al. | : | CIVIL ACTION |
| v. | : | |
| CENLAR, FSB et al. | : | NO. 02-4770 |

| | | |
|---|---|---|
| HAYWARD L. SIMPKINS et al. | : | CIVIL ACTION |
| v. | : | |
| FIRST TRUST FSB | : | NO. 02-4771 |

O R D E R

AND NOW, this 26th day of July, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned cases are reassigned from the calendar of the Honorable Jan E. DuBois to the calendar of the Honorable Mary A. McLaughlin.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court