```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HAYWARD L SIMPKINS AND            :       CIVIL ACTION
ELLIS P. SIMPKINS,                :
FOR THEMSELVES AND ON BEHALF OF   :
OTHERS SIMILARLY SITUATED         :
                                  :
              v.                  :
                                  :
CENLAR, FSB, AND                  :       NO. 02-4770
JOHN DOES ONE THROUGH FIFTY,      :
```

SCHEDULING ORDER

AND NOW, this    day of December, 2002, upon consideration of the parties' Joint Rule 26 Memorandum, it is hereby Ordered that:

1. Initial disclosures are due on or before December 16, 2002.

2. Any additional parties shall be joined on or before January 15, 2003.

3. Any amended pleadings shall be filed on or before January 15, 2003.

4. The plaintiffs' expert disclosures are due on or before February 14, 2003.

5. The defendants' expert disclosures are due on or before March 14, 2003.

      6. Class discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, class discovery will be served, noticed and completed by March 14, 2003.

      7. The plaintiffs' class certification motion, together with supporting brief, shall be filed on or before March 14, 2003.

      8. The defendants' opposition to the plaintiffs' class certification motion, together with supporting brief, shall be filed on or before April 14, 2003.

      9. The plaintiffs' reply to the defendants' opposition shall be filed on or before April 28, 2003.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.