```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HAYWARD L SIMPKINS AND          : | CIVIL ACTION |
| ELLIS P. SIMPKINS,              : | |
| FOR THEMSELVES AND ON BEHALF OF : | |
| OTHERS SIMILARLY SITUATED       : | |
|                                 : | |
|              v.                 : | |
|                                 : | |
| CENLAR, FSB, AND                : | NO. 02-4770 |
| JOHN DOES ONE THROUGH FIFTY,    : | |

## SECOND SCHEDULING ORDER

AND NOW, this   day of March, 2003, upon consideration of the parties' stipulation received on March 11, 2003, it is hereby Ordered that:

1. Class discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, class discovery will be served, noticed and completed by April 30, 2003.

2. The plaintiffs' class certification motion, together with supporting brief, shall be filed on or before April 30, 2003.

3. The defendants' opposition to the plaintiffs' class certification motion, together with supporting brief, shall be filed on or before May 30, 2003.

      4.  The plaintiffs' reply to the defendants' opposition shall be filed on or before June 13, 2003.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.