IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYWARD L. SIMPKINS AND ELLIS P. SIMPKINS, FOR THEMSELVES AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br>　　　Plaintiffs<br><br>　　　　　v.<br><br>CENLAR, FSB, AND JOHN DOES ONE THROUGH FIFTY,<br>　　　Defendants | : : : : : : : : : : : : | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. 02-4770 |

### ORDER

AND NOW, this   day of April, 2003, upon consideration of the plaintiffs' letter dated April 28, 2003 in which they informed the Court that a tentative settlement agreement has been reached and requested a suspension of the Court's Scheduling Order dated March 13, 2003, IT IS HEREBY ORDERED that the request is granted.

IT IS FURTHER ORDERED that the Court's Scheduling Order dated March 13, 2003, is suspended for thirty days.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARY A. MCLAUGHLIN, J.