```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HAYWARD L. SIMPKINS AND              : | | CIVIL ACTION |
| ELLIS P. SIMPKINS,                   : | | |
| FOR THEMSELVES AND ON BEHALF OF      : | | |
| OTHERS SIMILARLY SITUATED,           : | | |
|     Plaintiffs   : | | |
|             v.   : | | |
| CENLAR, FSB, AND                     : | | NO. 02-4770 |
| JOHN DOES ONE THROUGH FIFTY,         : | | |
|     Defendants   : | | |

## ORDER

AND NOW, this    day of June, 2003, upon consideration of the plaintiffs' letter dated May 30, 2003, in which they informed the Court that a Class Action Settlement Agreement and Release had been approved by the parties, IT IS HEREBY ORDERED that the parties shall submit their agreement with exhibits on or before Monday, June 16, 2003.

                                              BY THE COURT:

                                              _____
                                              MARY A. MCLAUGHLIN, J.