IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HAYWARD SIMPKINS, et al.          :          CIVIL ACTION
                                  :
            v.                    :          NO. 02-4770
                                  :
CENLAR, FSB                       :
_____

SHARON STEWART, et al.            :          CIVIL ACTION
                                  :
            v.                    :          NO. 03-2258
                                  :
CENLAR, FSB                       :
                                  :

**O R D E R**


            AND NOW, this 17th day of June, 2003, it is Ordered that a status conference by

telephone is scheduled on Friday, June 20, 2003, at  10:30 a.m. to discuss the class action settlement

agreement.  Defendant's counsel shall initiate the telephone call.  Judge McLaughlin's chambers

telephone number is 267-299-7600.




ATTEST:                          or   BY THE COURT

BY:_____           _____
          Carol D. James, Deputy Clerk          MARY A. McLAUGHLIN,   J.




FAXED:                     MAILED:
  Stuart Eisenberg
  Alan Gershenson

Civ 12 (9/83)