IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYWARD L. SIMPKINS, ELLIS P. SIMPKINS, FOR THEMSELVES AND ON BEHALF OF OTHERS SIMILARLY SITUATED vs. CENLAR, FSB and JOHN DOES ONE THROUGH FIFTY | CIVIL ACTION<br><br>CLASS ACTION<br><br>NO. 02-CV-4770 |
| SHARON STEWART and JEREMIAH BONEY and ALL OTHERS SIMILARLY SITUATED v. CENLAR, FSB | CIVIL ACTION<br><br>CLASS ACTION<br><br>NO. 03-CV-2258 |

**REPORT ON NOTICE TO THE MEMBERS OF THE CLASS
AND A LIST PERSONS WHO HAVE REQUESTED EXCLUSION
OR ISSUED OBJECTION TO THE CLASS ACTION SETTLEMENT**

AND NOW this 14th day of October, 2003, come Plaintiffs, by their attorney, and provide the following report to the Court:

1. A total of 2,282 notices by first class mail, postage prepaid, were mailed to prospective members of the Class on or before July 30, 2003. The Notices were pursuant to Exhibit "C" to the Class Action Settlement Agreement and Release (the "Settlement Agreement") and as provided in the Order Conditionally Certifying Class and Preliminarily Approving the Settlement (the "Order"), signed on June 23, 2003, entered on June 24, 2003.

2. Advertisements providing Notice of the Class Pendency of the Class Action, as provided in Exhibit "D" to the Settlement Agreement, and required by the Order were timely published in the following newspapers set forth in the Settlement Agreement and as provided in the Order.

> The Philadelphia Inquirer
> The Pittsburgh Post-Gazette
> The [Harrisburg] Patriot News
> The [Allentown] Morning Call
> The Erie Daily Times/Morning News
> The Scranton Times Tribune
> The Centre Daily Times

3. As a result of the Notice by publication and the Notice by mail to 2,282 persons, the following three members of the Class have chosen to be excluded from the Class:

> a. Rochelle D. Crenshaw
> 2010 North 56th Street
> Philadelphia, PA 19131-3132
>
> See Exhibit "1" to this Report.
>
> b. Diane Briggs[1]
> 5718 Windsor Street
> Philadelphia, PA 19143
>
> See Exhibit "2" to this Report.
>
> c. Norma Wertz
> 56 Campbell Avenue
> Lancaster, PA 17603
>
> See Exhibit "3" to this Report.

4. As a result of the Notice by publication and the Notice by mail to 2,282 persons, the following member of the Class has objected to the settlement:

---

[1] Ms. Briggs does not qualify as a member of the Class; however, as she received notice and has chosen nonetheless to "opt-out", she is included in this report.

Elisha Hair
903 Lincoln Drive
Clayton, NJ 58312

*See* Exhibit "4" to this Report.

5. There is presently no statistic on the number of mailed items returned as "undeliverable, or the like.

6. There is no statistic available of the number of possible Class members who received Notice by publication. The undersigned attorney for plaintiffs spoke with six (6) persons who identified themselves as recipients of Notice by publication.

7. In summary, therefore, out of at least 2,282 mailings, there were three (3) exclusions, comprising approximately 1/10 of one percent (.1%), and one objection comprising less than 1/3 of one percent (.03%).

Respectfully submitted:

_____
Stuart A. Eisenberg
Carol B. McCullough
McCullough & Eisenberg, P.C.
530 West Street Road
Warminster, PA 18974
(215) 957-6411

Attorneys for Plaintiffs and the Class

October 14, 2003