# EXHIBIT "1"

Rochelle D. Crenshaw
2010 North 56th Street
Philadelphia, PA 19131
215-473-6242

September 30, 2003

McCullough & Eisenberg, P.C.
530 West Street Road
Warminster, PA 18974

Dear McCullough & Eisenberg, P.C.:

" I, Rochelle D. Crenshaw, hereby request to be excluded from the proposed settlement Class in the Simpkins, Stewart, Boney v. Cenlar, FSB litigation"
My current address is 2010 North 56th Street, Philadelphia, PA 19131-3132 and my telephone number is: 215-473-6242 and my loan number is 0011518032.

Sincerely,

Rochelle D. Crenshaw.