# EXHIBIT "2"

 **AOL Mail** ℠

 Going Your Way  FedEx Ground
Affordable B2B delivery.
CLICK HERE ●

| | |
|---|---|
| Subj: | **OPT-OUT OF CLASS/Simpkins Litigation--Briggs Loan#301100-4** |
| Date: | 9/10/2003 11:02:43 AM Eastern Daylight Time |
| From: | Authsmith |
| To: | gershenson@blankrome.com |

Dear Interested Parties:  PLEASE TAKE NOTICE THAT MS. BRIGGS  HEREBY
EXERCISES HER RIGHT TO OPT OUT OF THE SIMPKINS, STEWART, BONEY V. CENLAR
LITIGATION.  MS. BRIGGS REQUESTS EXCLUSION FROM THE PROPOSED SETTLEMENT TERMS
AND DOES NOT RELEASE DEFENDANT FROM LIABILITY REGARDING HER CLAIMS FOR
MONETARY OR EQUITABLE RELIEF.

cc:  Stuart A. Eisenberg
Carol B. McCullough
530 West Street Road
Warminster, PA  18974
Via First Class Mail Postage Prepaid
and
DIANE BRIGGS
5718 Windsor Street
Philadelphia, PA  19143

Thank you for your attention.  Autherine B. Smith, Esquire


Reply


Forward


Reply All


Add
Address


Help

 

1 of 23   Next ▷

Include original text in reply.