# EXHIBIT "3"

9/10/03

To whom this may concern
 I don't wont to be anypart of this law suit.

Thank you,
Norma Wertz

Norma Wertz
56 Campbell Ave
Lancaster, Pa 17603