# EXHIBIT "4"

Dear Alan Gershenson

1. Elisha Hair objec to the settlement Cenlar charge me 20,000 in Attorneys Fees Plus They Receive 39,500 insurance check did No work on the house put my house up for sheriff's sale

I ask them to apply insurance money To mortgage the Never did they sold my house Never gave me a chance

Alan C. Gershenson
One Logan Square
18th and Cherry Street
Philadelphia, Pa 19103-6998

