IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYWARD L. SIMPKINS<br>ELLIS P. SIMPKINS<br>FOR THEMSELVES AND ON BEHALF<br>OF OTHERS SIMILARLY SITUATED<br>Vs.<br>CENLAR, FSB<br>And<br>JOHN DOES ONE THROUGH FIFTY | CIVIL ACTION<br><br>CLASS ACTION<br><br><br><br><br>NO. 02-CV-4770 |
| SHARON STEWRT and<br>JEREMIAH BONEY and<br>ALL OTHER SIMILARLY SITUATED<br><br>v.<br><br>CENLAR, FSB | CIVIL ACTION<br><br><br><br>CLASS ACTION<br><br>NO. 03-CV-2258 |

## CERTIFICATE OF SERVICE

Kara Laubach, Legal Assistant for McCullough and Eisenberg P.C., does hereby certify that she did make service of a true and correct copy of the Report On Notice To The Members Of The Class And A List Persons Who Have Requested Exclusion Or Issued Objection To The Class Action Settlement on this 14th day of October 2003.

Alan Gershenson, Esquire
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6998

*Kara Laubach*