IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYWARD L. SIMPKINS, <br> ELLIS P. SIMPKINS, <br> FOR THEMSELVES AND ON BEHALF <br> OF OTHERS SIMILARLY SITUATED <br> vs. <br> CENLAR, FSB <br> and <br> JOHN DOES ONE THROUGH FIFTY | : CIVIL ACTION <br> : <br> : <br> : <br> : CLASS ACTION <br> : <br> : <br> : NO. 02-CV-4770 |
| SHARON STEWART and <br> JEREMIAH BONEY and <br> ALL OTHERS SIMILARLY SITUATED <br> v. <br> CENLAR, FSB | : CIVIL ACTION <br> : <br> : <br> : <br> : CLASS ACTION <br> : <br> : NO. 03-CV-2258 |

**PLAINTIFFS' COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION COSTS AND EXPENSES AND FOR THE AWARD OF CLASS REPRESENTATIVE FEES**

For the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Counsel's Unopposed Motion for and Award of Attorney's Fees and Reimbursement of Litigation Costs and Expenses and for the Award of Class Representative, Plaintiffs, by and through their attorneys, ask this Honorable Court to grant the Motion allowing fees and costs as follows:

    Attorney's Fees and costs:    $82,500.00

    Class Representative Fees:

        Ellis and Hayward Simpkins:    $ 1,000.00

        Sharon Stewart:    $ 500.00

        Jeremiah Boney:        $ 500.00

This Motion Is Unopposed.

        Respectfully submitted:

        Stuart A. Eisenberg
        Carol B. McCullough
        McCullough & Eisenberg, P.C.
        530 West Street Road
        Warminster, Pa 18974
        (215) 957-6411