# EXHIBIT "A"

| Date | Hours | Description | Amount |
|---|---|---|---|
| 6/5/2002 | 1.20 | R/R documents from Hayward Simpkins; telephone with Hayward Simpkins; telephone with office of Barbara Fein: Ilene Battin, then a paralegal | |
| 6/5/2002 | | The paralegal is Jessica | |
| 6/5/2002 | 0.80 | R/R documents from Hayward Simpkins; telephone with Hayward Simpkins | |
| 6/14/2002 | | | |
| 6/14/2002 | 0.40 | Telephone with Office of Barbara Fein: Ms. Battin who transferred me to paralegal; telephone with Hayward Simpkins | |
| 6/17/2002 | | | |
| 6/17/2002 | | | |
| 6/18/2002 | 3.00 | Telephone with Hayward Simpkins; prepared and sent to Hayward for review and signature: Response to complaint; letter of explanation to Hayward and Ellis; class action representation letter; research | $12.45 |
| 6/18/2002 | | | |
| 6/18/2002 | | | |
| 6/18/2002 | | sent a return overnight envelope | $12.45 |
| 6/18/2002 | 0.10 | LM for Jessica, re: Act 6 Letter: Late charges and Other fees questioned. | |
| 6/18/2002 | 2.20 | Initial drafting of complaint in class action | |
| 7/11/2002 | 2.40 | Research, drafting of complaint | |
| 7/12/2002 | 3.60 | Continued draft of complaint | |
| 7/16/2002 | 3.00 | Completed research and draft of complaint | 2.00 |
| 7/19/2002 | | CBM reviewed files and proposed draft of complaint | |
| 7/19/2002 | 0.60 | Copied complaint, apportioned travel time to file complaint | $150.00 |
| 7/19/2002 | | Copying charges $.25 x 8 x 37 (Cenlar) and | $74.00 |
| 7/19/2002 | | Copying charges $.25 x 8 x 36 (Firstrust) | $72.00 |
| 7/23/2002 | 0.40 | Prepared for service of process certified mail and telephoned and lm for Kris DiPaolo | |
| 7/24/2002 | 0.80 | Telephone with Joseph Mikolaitis, Esquire, attorney for Firstrust Bank [1-610-238-5016]; telephone with Kris DiPaolo. | |
| 7/24/2002 | | | |
| 7/24/2002 | | | |
| 7/29/2002 | 0.10 | Notice of Reassignment of case | |
| 7/30/2002 | 0.40 | Telephone with Joe Mikolaitis | |
| 8/8/2002 | 0.20 | Prepared and filed completed Summons of Service | |
| 8/9/2002 | 0.20 | Telephone with Joe Mikolaitis | |
| 8/9/2002 | 0.50 | Service of process on FirstTrust Bank | |
| 8/12/2002 | 0.10 | Telephone with Darryl May, Esquire | |
| 8/13/2002 | 0.50 | Telephone with Joe Mikolaitis and Darryl May. | |

| Date | Hours | Description | Total |
|---|---|---|---|
| 8/13/2002 | 0.30 | On internet, researching Cenlar | |
| 8/14/2002 | 1.40 | Research Cenlar on internet and its portfolio on internet. | |
| 8/14/2002 | 0.10 | Telephone with Joe Mikolaitis | |
| 8/16/2002 | 2.50 | SAE checked PACER. Researched, prepared and filed Application for Default, Praecipe for Default, Proposed Order, Certification of Default, Certification of Service, correspondence to clerk and to Judge | |
| 8/16/2002 | 0.30 | At evening, received telephone call from Alan Gershenson, Blank, Rome, re: his representation of Cenlar | |
| 8/16/2002 | 0.30 | Telephone with Hayward Simpkins. | |
| 8/19/2002 | 0.30 | SAE prepared and filed Withdrawal of Application for Default and "Vacate" the default. Telephone with Alan Gershenson | |
| 8/19/2002 | | | |
| 8/20/2002 | 0.20 | Telephone with Alan Gershenson, R/R stipulation for extension to respond | |
| 8/20/2002 | 0.10 | LM for Joe Mikolaitis. | |
| 8/27/2002 | 0.20 | Telephone with Hayward Simpkins, re: the foreclosure action | |
| 8/27/2002 | | | |
| 10/9/2002 | 0.30 | R/R Answer of Defendant, Cenlar to Complaint | |
| 11/5/2002 | 0.70 | Telephone with J. McLaughlin, Alan Gershenson and Darryl May, re: Simpkins | |
| 11/5/2002 | | | |
| 11/16/2002 | 1.30 | Simpkins v. Cenlar, reviewed letter with enclosures from Alan C. Gershenson | |
| 11/16/2002 | | | |
| 11/18/2002 | 0.90 | Telephone with Alan C. Gershenson; prepared proposed Rule 26 memorandum with accompanying letter | |
| 11/18/2002 | | | |
| 11/18/2002 | | | |
| 11/27/2002 | 0.20 | Telephone with Alan Gershenson | |
| 11/27/2002 | 0.20 | Telephone with Alan Gershenson | |
| 12/2/2002 | 0.60 | Prepared and filled Joint Rule 26 Memorandum, telephone with Alan Gershenson | |
| 12/2/2002 | | | |
| 12/2/2002 | | CBM reviewed files at Bankruptcy Court | 1.50 |
| 12/5/2002 | 0.20 | R/R Scheduling Order | |
| 12/6/2002 | 0.20 | R/R Order of Court | |
| 12/13/2002 | 0.40 | Telephone with Alan Gershenson, re: Cenlar | |
| 2/24/2003 | 0.40 | emails to and from Mexico re: Gershenson letter of | 0.40 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| 2/24/2003 | 0.30 | Culmination of Stipulation for Cenlar to Amend Answer | | |
| 2/24/2003 | 0.70 | Telephone with SAE; telephone with Alan Gershenson | | 0.40 |
| 2/24/2003 | | CBM with SAE while SAE was in Mexico | | 0.40 |
| 2/26/2003 | 0.40 | R/R documents in Mexico from office, re: Cenlar | | |
| 3/3/2003 | 0.10 | R/R letter from Alan Gershenson dated 2/18/03 | | |
| 3/6/2003 | 4.80 | Research into PACER re: Cenlar cases in bankruptcy in Pennsylvania. | | |
| 3/6/2003 | 0.20 | Telephone with Alan Gershenson, re: Cenlar | | |
| 3/7/2003 | 0.20 | Telephone with Alan Gershenson, re: Cenlar | | |
| 3/10/2003 | 4.00 | Research into Cenlar cases through internet with Chester County, Montgomery County and Philadelphia County. Research into Allegheny County, and Middle and western district; tel. With debtors' attorneys. | | |
| 3/10/2003 | 0.70 | Meeting with Kara to set her up to research actual files | $20.00 | 0.70 |
| 3/10/2003 | 0.60 | Prepared and sent to Alan G. for filing stipulation for extension of scheduling. | | |
| 3/11/2003 | | Kara spent five hours downtown in bankruptcy clerk's office | $20.00 | 5.00 |
| 3/12/2003 | 4.50 | Additional research into Cenlar filings in Philadelphia County, et al. | | |
| 3/13/2003 | | Kara spent another five hours in Phil. County | $20.00 | 5.00 |
| 3/13/2003 | 3.70 | SAE spent additional research into Cenlar filings | | |
| 3/13/2003 | 1.60 | Charted Cenlar bankruptcies | | |
| 3/13/2003 | 0.20 | R/R Order of Court | | |
| 3/14/2003 | | Kara spent four hours in Phila- Bankruptcy Court | $20.00 | 4.00 |
| 3/14/2003 | | Kara spent six hours at Bankruptcy Court Clerk researching violating files. | | 6.00 |
| 3/14/2003 | 2.30 | SAE and Kara met to compile violating files. | $20.00 | 2.30 |
| 3/14/2003 | 0.20 | Telephone message to Alan Gershenson; telephone message from Lisa of Alan's office | | |
| 3/16/2003 | 0.90 | Reviewed correspondence from Alan G. correlated with results of search to date. | | |
| 3/16/2003 | 0.20 | Correlated known account numbers with list from Alan Gershenson. Results 50% only. | | |
| 3/17/2003 | | | | |
| 3/18/2003 | | CBM reviewed Cenlar files at bankruptcy court travel time included. | | 4.70 |
| 3/18/2003 | | | | |

| Date | Hours | Description | Amount |
|---|---|---|---|
| 3/18/2003 | 2.00 | SAE reviewed files with CBM, no travel time included as SAE was in Phila. For other reasons, as well. | |
| 3/18/2003 | 0.20 | Telephone with Alan Gershenson. | |
| 3/18/2003 | 1.40 | Correlated file review results with lists provided by Alan Gershenson. | |
| 3/18/2003 | | CBM reviewed files at Bankruptcy Court | 2.50 |
| 3/19/2003 | 3.70 | letter to Alan Gershenson, letters to attorneys for Quel and Pratt; meeting with Kara re: search results; review of search results | 1.00 |
| 3/19/2003 | | | |
| 3/20/2003 | 0.10 | R/R message from Gershenson | |
| 3/20/2003 | 0.70 | SAE with Kara on further list compilation | |
| 3/24/2003 | 0.30 | Telephone with Alan Gershenson; R/R message from Alan Gershenson | 0.70 |
| 3/24/2003 | 0.40 | Reviewed with Kara accounts for which Alan G. wanted identification; fax to Alan G. accounts #'s. | |
| 3/25/2003 | 1.30 | Meeting with Kara re: bankruptcies files for her review at the Court and Archives. | 1.30 |
| 3/25/2003 | 0.80 | Telephone conversation with Alan Gershenson | |
| 3/28/2003 | 3.20 | Meeting with Mike Cataldo, re: Boney & Stewart R/R of files of Boney & Stewart | |
| 3/28/2003 | 0.30 | Prepared and sent to Mike Cataldo client representation letters | |
| 4/3/2003 | 0.20 | R/R correspondence from Mike Cataldo | |
| 4/7/2003 | 0.40 | Downloaded and reviewed Ramapo, docket entries and claims dockets in Boney and Stewart | |
| 4/7/2003 | 1.60 | Research and outlined for draft of complaint | |
| 4/7/2003 | 0.30 | Telephone with Sharon Stewart | |
| 4/8/2003 | 0.70 | SAE reviewed Boney and Stewart files at B/R Court | |
| 4/8/2003 | 6.20 | Prepared first draft of Boney and Stewart complaint | |
| 4/8/2003 | 0.40 | Telephone with Sharon Stewart | |
| 4/8/2003 | | CBM reviewed Boney/Stewart | 2.00 |
| 4/9/2003 | 2.70 | Finalized draft and prepared for filing | |
| 4/10/2003 | | Filed Boney & Stewart v. Cenlar | $150.00 |
| 4/10/2003 | | Messenger to file Boney & Stewart | $39.00 |
| 4/10/2003 | | Boney & Stewart copying charges: 54 x 5 x $.25 | $67.50 |
| 4/11/2003 | 0.80 | Travel to Alan's office and telephone calls (3) | |
| 4/11/2003 | 0.80 | Telephone with Alan re: settlement | |

| Date | Hours | Description | Amount | Total |
|---|---|---|---|---|
| 4/15/2003 | | Kara research another batch of B/R cases | 3.00 | |
| 4/15/2003 | 1.20 | SAE and Kara reviewed all cases research to date | 1.20 | |
| 4/15/2003 | 0.20 | Prepared and sent Waiver to Alan Gershenson | | |
| 4/16/2003 | 0.20 | Letter to Alan Gershenson, re: Boney & Stewart | | |
| 4/17/2003 | 0.30 | Telephone with Hayward Simpkins | | |
| 4/18/2003 | 0.10 | R/R of executed waiver. Had it filed. | | |
| 4/18/2003 | 0.10 | R/R message from Alan Gershenson, re: resolution | | |
| 4/18/2003 | 0.40 | Telephone with Mike Cataldo | | |
| 4/21/2003 | 2.30 | R/R of settlement proposal; worked on calculations with Kara: 17 B/R cases averaged $7,647 per case for atty. Fees: $129,124.98/17 | 0.60 | 2.30 |
| 4/21/2003 | | | | |
| 4/22/2003 | 1.70 | Telephone with Alan Gershenson, SAE and CBM reviewed proposal and formulated response; telephone with Michael Cataldo | | 0.70 |
| 4/22/2003 | | | | |
| 4/22/2003 | 0.30 | Telephone with Alan Gershenson | | |
| 4/25/2003 | 0.60 | Prepared letter for approval by Alan to be sent to Judge | | |
| 4/29/2003 | 0.20 | Telephone with Alan G., re: letter | | |
| 4/29/2003 | 0.80 | Re-drafted letter, hand-delivered to J. McLaughlin | $39.00 | |
| 4/29/2003 | | Telephone with Eric, Judge's law clerk | | |
| 4/29/2003 | | Fax letter to J. McLaughlin | | |
| 4/30/2003 | 0.40 | Telephone with Alan G. (3x), meeting with Carol, telephone with M. Cataldo | | 0.30 |
| 4/30/2003 | | | | |
| 4/30/2003 | 0.10 | R/R Order of Court, re: suspension of time | | |
| 5/20/2003 | 1.00 | R/R proposed agreement | | |
| 5/22/2003 | | CBM reviewed agreement | | 0.80 |
| 5/23/2003 | 0.20 | Telephone with Alan G. | | |
| 5/25/2003 | 1.30 | Reviewed agreement and wrote letter to Alan | | |
| 5/27/2003 | 0.10 | Faxed letter to Alan G., after review | | |
| 5/28/2003 | 0.40 | Finalization of questions with Alan G. | | |
| 6/2/2003 | 0.50 | Discussions with Alan G. for week | | |
| 6/7/2003 | 4.00 | Draft of exhibits B through E | | |
| 6/8/2003 | 3.00 | Draft of exhibits B through E | | |
| 6/9/2003 | 3.50 | Concluded drafts of exhibits, message from Alan G | | 2.20 |
| 6/10/2003 | 0.20 | Message to and from Alan G. | | |
| 6/11/2003 | 1.20 | Meeting with Kara L. to go over errors and omissions in drafts; drafts submitted to Alan G | | |
| 6/11/2003 | | | | |
| 6/12/2003 | 0.30 | Discussions with Alan G. for week | | |

| Date | Hours | Description | Amount |
|---|---|---|---|
| 6/13/2003 | 1.30 | Telephone with Alan G., finalization of drafts | |
| 6/16/2003 | 0.40 | Coordinated with Kara; prepared all docs for filing; letter to Judge McLaughlin | |
| 6/16/2003 | | Copying charges at 47 x 5 x $.25 | $58.75 |
| 6/16/2003 | | Exhibit Tabs 5 x $2.99 | $14.95 |
| 6/16/2003 | | Messenger to file Boney & Stewart | $39.00 |
| 6/17/2003 | 0.40 | Telephone with Eric (2x) J. McLaughlin's law clerk, and Alan C. Gershenson | |
| 6/17/2003 | | | |
| 6/18/2003 | 0.10 | R/R Order of Court re: telephone conference. | |
| 6/19/2003 | 0.20 | Telephone with Alan C. Gershenson | |
| 6/20/2003 | 0.60 | Telephone with Judge McLaughlin, Eric - Law Clerk, Alan C. Gershenson | |
| 6/20/2003 | | | |
| 6/23/2003 | 1.00 | Telephone with Eric - J. McLaughlin's law clerk (4x), Alan C. Gershenson (3x), corrected and concluded Exhibits "B", "C", "D" | |
| 6/23/2003 | | | |
| 6/23/2003 | | | |
| 6/25/2003 | 0.60 | R/R Order of Court; conformed Exhibits "C" and "D" and sent to Alan Gershenson by e-mail. Telephone with Alan G. | |
| 6/25/2003 | | | |
| 6/25/2003 | | | |
| 6/25/2003 | 0.50 | Prepared and filed Praecipe to add original signature pages, in counterpart, to clerk, cc: Judge McLaughlin and Gershenson | |
| 6/25/2003 | | | |
| 6/25/2003 | | | |
| 6/26/2003 | 0.80 | Telephone with plaintiffs, re finality with settlement | |
| 7/28/2003 | 0.30 | E-mails to and from Alan Gershenson | |
| 8/10/2003 | 0.10 | R/R letter from Norma Wertz | |
| 8/11/2003 | 0.60 | R/R letter from and telephone with Leroy Lawrence, purported class member | |
| 8/14/2003 | 0.30 | Telephone with and receipt of documents from Trina Hopkins, purported member of the class. | |
| 8/14/2003 | | | |
| 8/14/2003 | 0.20 | Letter from John Croom, Esquire, re: Trina Hopkins | |
| 8/15/2003 | 1.20 | Telephone and receipt of faxed documentation from Trina Hopkins, purported member of the class | |
| 8/15/2003 | | | |
| 9/9/2003 | 0.10 | R/R letter from Elisha Hair | |
| 9/10/2003 | 0.10 | R/R of letter from Diana Briggs | |
| 9/12/2003 | 0.10 | R/R fax from Alan Gershenson | |
| 9/15/2003 | 0.20 | R/R documents from Alan G., re: Elisha Hair | |
| 9/19/2003 | 0.20 | email from Alan G., re: Elisha Hair | |
| 9/22/2003 | 0.10 | Email to Alan Gershenson re: Elisha Hair | |

| Date | Hours | Description | Costs | Kara Laubach | Carol B. McCullough |
|---|---|---|---|---|---|
| 9/22/2003 | 0.10 | Another email to Alan G. | | | |
| 9/23/2003 | 0.40 | Reviewed Elisha Hair documents to Alan G. | | | |
| 9/30/2003 | 0.10 | R/R of letter from Rochelle Crenshaw | | | |
| 10/7/2003 | 0.40 | Telephone with Trina Hopkins | | | |
| 10/14/2003 | 1.70 | Telephone with Alan Gershenson; prepared and filed Report on Opt-Outs and Exclusions | | | |
| 10/14/2003 | | Messenger to deliver report to Court | $50.00 | | |
| 10/14/2003 | 12.00 | Reconstructed time without time slip for telephone calls from persons who received notice from mail and those from publication, unrecorded telephone with Alan G., Hayward Simpkins, Jeremiah Boney and Sharon Stewart, Michael Cataldo and Michael Cibik, et al. to file with the Court; Supplement filed. | | | |
| 10/14/2003 | | | | | |
| 10/14/2003 | | | | | |
| 10/15/2003 | | | | | |
| 10/17/2003 | 0.00 | Research, prepared Motion for approval of attorney's fees and class representatives' awards | | | |
| 10/17/2003 | 0.20 | Discussion with Alan Gershenson | | | |
| 10/17/2003 | 0.80 | R/R email from Alan Gershenson; prepared supplement | | | |
| 10/19/2003 | | | | | |
| 10/20/2003 | | Messenger to deliver documents to Court | $50.00 | | |
| 10/24/2003 | 9.00 | Anticipated preparation for hearing and attendance at final hearing, travel time included. | | | |
| 10/24/2003 | | | | | |
| | 144.40 | | $929.10 | 30.80 | 20.20 |

**Columnar Legend**

A - Date
B - Stuart A. Eisenberg @ $375.00     $54,187.50
C - Description of Activity
D - Costs     $929.10
E - Kara Laubach @ $85.00     $2,618.00
F - Carol B. McCullough @ $325.00     $6,565.00

TOTAL AS OF OCTOBER 19, 2003     $64,299.60