IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYWARD L. SIMPKINS, <br> ELLIS P. SIMPKINS, <br> FOR THEMSELVES AND ON BEHALF <br> OF OTHERS SIMILARLY SITUATED <br> Vs. <br> CENLAR, FSB <br> JOHN DOES ONE THROUGH FIFTY | CIVIL ACTION <br><br> CLASS ACTION <br><br> NO. 02-CV-4770 |
| SHARON STEWART and <br> JEREMIAH BONEY and <br> ALL OTHERS SIMILARLY SITUATED <br><br> V. <br><br> CENLAR, FSB | CIVIL ACTION <br><br> CLASS ACTION <br><br> NO. 03-CV-2258 |

## CERTIFICATE OF SERVICE

STUART A. EISENBERG, ESQUIRE, does hereby certify that he did make service of the Memorandum in Support of Plaintiffs' Counsel's Unopposed Motion for an Award of Attorney's Fees and Reimbursement of Litigation Costs and Expenses and for the Award of Class Representative Fees with accompanying Memorandum to all interested parties this 20TH day of OCTOBER by first class mail, postage prepaid.

Alan Gershenson, Esquire
Eighteenth and Cherry Street
Two Logan Square
Philadelphia, PA 19103

_____