IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYWARD L. SIMPKINS, <br> ELLIS P. SIMPKINS, <br> FOR THEMSELVES AND ON BEHALF <br> OF OTHERS SIMILARLY SITUATED <br> vs. <br> CENLAR, FSB <br> and <br> JOHN DOES ONE THROUGH FIFTY | CIVIL ACTION <br><br> CLASS ACTION <br><br> NO. 02-CV-4770 |
| SHARON STEWART and <br> JEREMIAH BONEY and <br> ALL OTHERS SIMILARLY SITUATED <br><br> v. <br><br> CENLAR, FSB | CIVIL ACTION <br><br> CLASS ACTION <br><br> NO. 03-CV-2258 |

## ORDER

AND NOW, this         day of            , 2003, upon consideration of the Plaintiffs' Counsel's Unopposed Motion for an Award of Attorney's Fees and Reimbursement of Litigation Costs and Expenses and for the Award of Class Representative Fees, and a hearing on the matter, it is hereby

ORDERED AND DECREED that Plaintiffs' Counsel, Class Counsel, be and they hereby are awarded attorney's fees and reimbursement of litigation costs and expenses in the total amount of $82,500.00; and it is

FURTHER ORDERED AND DECREED that the Class Representatives be and they hereby are awarded fees in the following amounts:

    Hayward and Ellis Simpkins          $1,000.00

| | |
|---|---|
| Sharon Stewart | $ 500.00 |
| Jeremiah Boney | $ 500.00 |

BY THE COURT:

_____
McLAUGHLIN, J.